# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| TEEGAN BENNETT,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY and DOES 1-5,<br><br>Defendants. | Cause No. CV-23-11-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Joint Stipulation for Dismissal with Prejudice,

**IT IS HEREBY ORDERED** under Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is **DISMISSED WITH PREJUDICE** with each party to bear its own attorney fees and costs.

DATED this 12th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court